IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SAM EDWARD THURMOND, SR.**                      **PETITIONER**

v.           **CASE NO. 5:14CV00296 BSM**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                      **RESPONDENT**

## JUDGMENT

Consistent with the order entered this day, the petition is hereby dismissed.

IT IS SO ORDERED this 24th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE